UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON CLAUDE EDWARDS,<br><br>Petitioner,<br><br>v.<br><br>PLEASANT VALLEY STATE PRISON,<br><br>Respondent. | No.  2:20-cv-00530 TLN GGH P<br><br><br><br>ORDER |

Petitioner is a state prisoner proceeding in pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On March 9, 2020, the petitioner filed his original habeas petition. However, the petition did not include a current signature page by petitioner. Instead, the petition included an old copied signature of petitioner and was signed by petitioner's uncle. On March 25, 2020 and May 21, 2020, the court directed petitioner to file a current signature page attesting he desired the amended signature page to be appended to, and incorporated into, his original habeas petition. See ECF Nos. 6, 15. Petitioner has done so. See ECF No. 16.

Within his filing entitled "Supplement," petitioner requests to supplement his petition with new facts.  However, upon review, it appears that petitioner's additional fact is actually an argument which could be raised in a traverse.  Accordingly, the court will consider it as having been raised in response to the Answer filed, albeit the Answer was filed  just days after the

Supplement. If respondent desires to address this argument, to the extent it is not already addressed in the Answer, respondent may do so within 30 days of the filed date of this order.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's signature page (ECF No. 16 at 11) is deemed to be a signature to his original petition (ECF No. 1);

2. Respondent shall have thirty days from the filing date of this order to respond to the Supplement (ECF No. 16), if respondent so desires; and

3. As previously ordered in the court's April 25, 2020 order (ECF No. 6), petitioner's full reply (Traverse) to respondent's Answer is due to be filed no later than July 16, 2020.

Dated: June 29, 2020

/s/ Gregory G. Hollows<br>UNITED STATES MAGISTRATE JUDGE