UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON CLAUDE EDWARDS,<br><br>Petitioner,<br><br>v.<br><br>PLEASANT VALLEY STATE PRISON, Warden,<br><br>Respondent.[1] | No. 2:20-cv-00530 TLN GGH P<br><br><br><br>ORDER |

The undersigned has reviewed the Petition and Answer and associated documents. The undersigned believes that the correct decision in this case might be better concluded with petitioner having had access to counsel for a final traverse and further proceedings, if any. Nothing in this order is to be construed as any decision or conclusion, tentative or otherwise, on the part of the undersigned.

The Federal Defender is appointed to represent petitioner. If the Federal Defender believes that Panel counsel should be appointed in lieu of an attorney from her office, the Federal Defender has discretion to make that determination within ten days of the filed date of this order.

////

---

[1] Respondent is deemed to be the Warden of Pleasant Valley State Prison.

1

To be designated counsel of record shall make a notice of appearance forthwith after the Federal Defender's decision.

After the filing date of a notice of appearance by counsel representing petitioner, counsel shall file a traverse in this case within 60 days of the notice of appearance.  Respondent's counsel, who has a greater familiarity with the issues in this case, shall file a reply to the traverse within 30 days of the filing date of the traverse.

If petitioner, for some reason, objects to appointment of counsel, that objection shall be filed within ten days of the filed date of this order.

The Clerk of the Court is directed to serve a copy of the petition and this order on the Federal Defender, Attention:  Habeas Appointment.

IT IS SO ORDERED.

Dated: November 2, 2020

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE