Case 2:20-cv-00530-TLN-GGH  Document 38  Filed 11/19/21  Page 1 of 2

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| JASON CLAUDE EDWARDS, | No. 2:20-cv-00530-TLN-GGH |
|---|---|
| Petitioner, | |
| v. | **ORDER** |
| RON GODWIN, Acting Warden, | |
| Respondent. | |

Petitioner Jason Claude Edwards ("Petitioner"), a state prisoner proceeding through counsel, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 18, 2021, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. (ECF No. 30.) On April 20, 2021, Respondent filed Objections to the Findings and Recommendations. (ECF No. 33.) On May 4, 2021, Petitioner filed a reply. (ECF No. 37.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this Court has conducted a *de novo* review of this case. *See McDonnell Douglas Corp. v. Commodore Business Machines*, 656 F.2d 1309, 1313 (9th Cir. 1981), *cert. denied*, 455 U.S. 920 (1982); *see*

1

*also Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009).  Having reviewed the file under the applicable legal standards, the Court finds the Findings and Recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed February 18, 2021 (ECF No. 30), are ADOPTED IN FULL; and

2. The Writ of Habeas Corpus is GRANTED, and Petitioner shall be reoffered the plea offer or released.

IT IS SO ORDERED.

**DATED:  November 18, 2021**

Troy L. Nunley
United States District Judge

2