Gene D. Vorobyov
CA Bar # 200193
450 Taraval Street, # 112
San Francisco, CA 94116

Attorney for Petitioner
JASON CLAUDE EDWARDS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON CLAUDE EDWARDS,<br><br>           Petitioner,<br><br>vs.<br><br>RON GODWIN, ACTING WARDEN,<br><br>           Respondent. | Case No.: 2:20-cv-00530-TLN-GGH<br><br>**ORDER GRANTING THE PARTIES' JOINT REQUEST FOR A 30-DAY STAY OF THE PORTION OF THE COURT'S NOVEMBER 19, 2021, ORDER REQUIRING THE STATE TO REOFFER PETITIONER THE SIX-YEAR DEAL OR TO RELEASE PETITIONER** |

    Based on the written joint request of the parties to stay for 30 days the portion of the Court's final judgment requiring the State to re-offer Petitioner a 6-year plea deal or to release him, the Court finds good cause and GRANTS the request.

///

///

- 1 -

A portion of the Court's final judgment of November 19, 2021 (docket entry no. 38), which requires the State to re-offer Petitioner the six-year plea deal or to release Petitioner, is stayed for 30 days from the date of this order. This temporary stay would automatically dissolve by one of the following events, whichever is sooner:

(1) Expiration of the 30-day period from the day of the Court's order ordering a temporary stay;

(2) Filing of a stipulation and proposed order.

IT IS SO ORDERED.

Dated:  December 16, 2021

Troy L. Nunley
United States District Judge