Gene D. Vorobyov
CA Bar # 200193
450 Taraval Street, # 112
San Francisco, CA 94116

Attorney for Petitioner
JASON CLAUDE EDWARDS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON CLAUDE EDWARDS,<br><br>          Petitioner,<br><br>vs.<br><br>RON GODWIN, ACTING WARDEN,<br><br>          Respondent. | Case No.: 2:20-cv-00530-TLN-DB<br><br>**ORDER GRANTING THE PARTIES' JOINT REQUEST FOR A 30-DAY STAY OF THE PORTION OF THE COURT'S NOVEMBER 19, 2021, ORDER REQUIRING THE STATE TO REOFFER PETITIONER THE SIX-YEAR DEAL OR TO RELEASE PETITIONER** |

Based on the written joint request of the parties to stay for 30 days the portion of the Court's final judgment requiring the State to re-offer Petitioner a 6-year plea deal or to release him, the Court finds good cause and GRANTS the request.

///

///

- 1 -

A portion of the Court's final judgment of November 19, 2021 (docket entry no. 38), which requires the State to re-offer Petitioner the six-year plea deal or to release Petitioner, is stayed, as specified below. This temporary stay would automatically dissolve by one of the following events, whichever is sooner:

    (1)    on February 18, 2022;

    (2)    by filing of a stipulation and proposed order;

IT IS SO ORDERED.

DATED: January 18, 2022

                                            Troy L. Nunley
                                            United States District Judge