# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition to Modify the Conditions or Term of Supervision with Consent of the Person Under Supervision
*(Probation Form 49, Waiver of Hearing, is on file)*

**Name of Person Under Supervision:**   Jason Claude Edwards          **Docket Number:**   0972 2:20CV00530-001

**Name of Judicial Officer**:   United States District Judge Troy L. Nunley

**Date of Original Sentence:**   11/19/2021

**Original Offense:** Counts 1, 2, 3, and 4: California Penal Code Section 288.7(b) – Oral Copulation with Child Under Age of 10 years.

**Original Sentence:** Supervised Release for duration of the Warden's appeal to Ninth Circuit (and, if applicable, to the United States Supreme Court).

**Special Conditions:**

1. Drug/Alcohol Testing
2. Aftercare Co-payment
3. Search - Sex Offender
4. No Contact with Minors
5. Computer Inspection
6. Computer Monitoring
7. Pornography Restriction
8. Registration (sex)
9. Sex Offender Treatment
10. Location Monitoring
11. No Contact with Victims

**Type of Supervision:**   TSR

**Date Supervision Commenced:**   1/28/2022

**Other Court Actions:** None.

# PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

The defendant shall also comply with the following special conditions:

12. You must reside in a residential reentry center, for a term up to 180 days. You must follow the rules and regulations of the center. You must pay the cost of confinement as determined by the Bureau of Prisons.

**Justification:** On January 26, 2022, the Court stayed a portion of the Court's Judgment dated November 19, 2021, requiring the State of California to re-offer the six-year plea agreement or to release petitioner Jason Claude Edwards until completion of the California Department of Corrections and Rehabilitation Warden's appeal to the Ninth Circuit (and, if applicable, to the United States Supreme Court). On the same date, the Court ordered Mr. Edwards to be released from the custody of California Department of Corrections and Rehabilitation within three days. The Court also placed Mr. Edwards on a term of supervised release for the duration of the Warden's appeal.

On January 28, 2022, Mr. Edwards was released from custody to reside with his mother and stepfather in Clearlake, California, in the Northern District of California. On the same date, Senior United States Probation Officer Cristopher Taylor met with Mr. Edwards at his residence and reviewed his supervised release conditions, and he was placed on GPS monitoring. Mr. Edwards asked permission to communicate with his former cell mate, Jeffery Line, who was a sex offender and in custody. Officer Taylor denied Mr. Edwards' request.

On February 21, 2022, Officer Taylor visited his residence and found a smart phone and laptop. Mr. Edwards advised he purchased the smart phone a couple of days prior, and the laptop belonged to his mother. A review of his smart phone's web history revealed searches for Tinder, Facebook, Snapchat, two email accounts, and Google internet searches for nudity/NC 17 movies within the last 48 hours. In February 2022, he began sex offender group treatment and sex offender individual treatment.

On September 9, 2022, Officer Taylor conducted a home visit at his residence. Upon his arrival, he spoke with Mr. Edwards' stepfather who indicated Mr. Edwards' did not contribute to the household, and he refused to clean his bedroom and bathroom. Mr. Edwards' stepfather then provided the probation officer two letters which were addressed to Mr. Edwards' mother from the California Pleasant Valley State Prison.

RE: **Jason Claude Edwards**                                   Docket Number: 0972 2:20CV00530-001

These letters were from Mr. Edwards' prior cell mate, Jeffery Line, and were addressed to his mother to circumvent their communication being detected by U.S. Probation and the California Department of Corrections and Rehabilitation Correctional Officers.  Officer Taylor then met with Mr. Edwards and found multiple letters from his prior cell mate on his bedroom dresser.  Mr. Edwards admitted he had been communicating with his former cell mate and had been avoiding detection by having his prior cell mate address the letters to his mother who has been giving the letters to him.  He also advised his mother and stepfather have been verbally arguing, and they were in the process of separating from each other which has created tension in the residence.

On September 12, 2022, Officer Taylor contacted the California Department of Corrections and Rehabilitation and spoke with a staff investigator.  The staff investigator confirmed Mr. Edward's prior cellmate's name while he was housed at Pleasant Valley State Prison.  He also informed Officer Taylor that the prior cellmate was convicted of Lewd and Lascivious Acts with a Minor and Oral Copulation of a Minor.  The staff investigator advised Officer Taylor he would instruct Mr. Edwards' former cell mate to stop all communication with Mr. Edwards.

Mr. Edwards is currently in violation of his supervised release conditions for failing to follow the probation officer's instructions by communicating with his former cell mate after he was instructed not to and for communicating with a convicted felon without permission.  He was verbally admonished for his violation conduct and instructed again to not communicate with his former cell mate or any other convicted felons without permission.  Based on Mr. Edwards admitting his violation conduct a warrant is not being recommended at this time. Due to his current residence no longer being appropriate at this time because his mother aided him in communicating with a felon, it is respectfully recommended he reside at a residential reentry center for up to 180 days which will allow Officer Taylor to increase his supervision and monitor his incoming mail.

Respectfully submitted,

**Shannon L. Morehouse**
**Supervising United States Probation Officer**
Telephone: 916-930-4383

**DATED:** 9/28/2022

Reviewed by,

**Sarah R. Johnson**
**Deputy Chief Deputy Chief United States Probation Officer**

RE: **Jason Claude Edwards**                                    Docket Number: 0972 2:20CV00530-001

**THE COURT ORDERS:**

☒  Modification approved as recommended.

☐  Modification not approved at this time.  Probation Officer to contact Court.

☐  Other

**DATED:  September 29, 2022**

_____
Troy L. Nunley
United States District Judge

CC:

United States Probation

California Office of Attorney General: Mary A. Dabiza

Petitioner's Legal Counsel: Gene Vorobyov