Rob Bonta, State Bar No. 202668
Attorney General of California
Michele J. Swanson, State Bar No. 191193
Supervising Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3866
 Fax:  (415) 703-1234
 E-mail:  Michele.Swanson@doj.ca.gov
*Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JASON CLAUDE EDWARDS,**<br><br>Petitioner,<br><br>v.<br><br>**TRISTAN LEMON, Warden PVSP,**<br><br>Respondent. | 2:20-cv-00530-TLN-DB<br><br>**JOINT STATUS REPORT, STIPULATION, AND ORDER FOR PETITIONER'S REMAND INTO STATE CUSTODY AND JURISDICTION AND SELF-SURRENDER ON JANUARY 16, 2024** |

**JOINT STATUS REPORT**

In compliance with this Court's December 1, 2023 Order, the parties submit this joint status report to inform the Court that on December 11, 2023, the United States Supreme Court denied petitioner Jason Claude Edwards's petition for writ of certiorari.  Edwards's federal habeas proceedings are now concluded, and his state court criminal judgment has been affirmed.  The parties set forth the procedural history of the case below, as well as a stipulation and proposed order for Edwards's remand into state custody and jurisdiction and self-surrender on January 16, 2024.

On March 5, 2014, a jury found Edwards guilty of two counts of oral copulation with a child under ten years old (Cal. Penal Code § 288.7(b)) and two counts of committing a lewd act

1

Jt. Status Rpt., Stip. & Order for Pet'r's Remand into State Cust. & Juris. & Self-Surrender on 1/16/24
(2:20-cv-00530-TLN-DB)

1  upon a child (Cal. Penal Code § 288(a)), in Solano County Superior Court case number
2  FCR291727.  Ex. 1.  On October 7, 2014, the trial court sentenced Edwards to 38 years to life in
3  state prison.  Ex. 1.
4        On August 30, 2018, the California Court of Appeal affirmed the judgment.  Ex. 2.  On
5  December 12, 2018, the California Supreme Court denied a petition for review.  Ex. 3.
6        On November 19, 2021, this Court granted Edwards federal habeas relief on a claim of
7  ineffective assistance of counsel with respect to counsel's failure to convey a plea offer.  Ex. 4.
8  The Court ordered the State to reoffer the plea deal or release Edwards.  Ex. 4.  The State
9  appealed.  On January 26, 2022, this Court granted the parties' joint request to stay that portion of
10 its order requiring the State to reoffer the plea deal or release Edwards, and to release Edwards
11 from the custody of the California Department of Corrections and Rehabilitation (CDCR)
12 pending completion of the federal habeas appeals process.  Ex. 5.  The Court also ordered that
13 Edwards be supervised by the United States Probation Office under specified conditions for the
14 duration of his release.  Ex. 5.
15       On April 13, 2023, the Ninth Circuit Court of Appeals reversed the judgment of this Court,
16 and affirmed Edwards's state court criminal judgment.  Ex. 6.  On August 3, 2023, the Ninth
17 Circuit denied Edwards's petition rehearing en banc.  Ex. 7.  On August 11, 2023, the Ninth
18 Circuit issued a formal mandate of its judgment.  Ex. 8.
19       On December 1, 2023, this Court denied the State's August 3, 2023 request for Edwards's
20 immediate remand into state custody, and ordered the parties to file a joint status report with the
21 Court within 30 days of the United States Supreme Court's ruling on Edwards's petition for writ
22 of certiorari.  Ex. 9.
23       On December 11, 2023, the United States Supreme Court denied Edwards's petition for
24 writ of certiorari.  Ex. 10.  Edwards's federal habeas proceedings are now concluded, and his state
25 court criminal judgment has been affirmed.  Edwards must now return to the custody of CDCR to
26 serve the remainder of his 38-years-to-life sentence in state prison.
27       The parties have met and conferred regarding Edwards's remand into state custody and
28 jurisdiction and self-surrender, and have stipulated to the terms set forth below.

2

Jt. Status Rpt., Stip. & Order for Pet'r's Remand into State Cust. & Juris. & Self-Surrender on 1/16/24
(2:20-cv-00530-TLN-DB)

**STIPULATION**

The parties hereby agree and stipulate to the following:

**1. Edwards's Remand into State Custody and Jurisdiction**

Edwards will self-surrender to state authorities on January 16, 2024 at 9:00 a.m. Edwards will automatically remand into state jurisdiction on January 16, 2024 at 9:00 a.m., even if he does not self-surrender. Alternatively, if Edwards violates his federal probation condition restricting his travel (*see* Ex. 5, standard condition 3) or disables/removes his Global Positioning Service (GPS) device (*see* term 4 below) before January 16, 2024 at 9:00 a.m., he will automatically remand into state jurisdiction on the date and time he violates the travel restriction or disables/removes his GPS device.

**2. Terms of Edwards's Self-Surrender**

Although Edwards's state criminal judgment is out of Solano County, California, Edwards is currently residing in Lake County, California. The Lake County Sheriff's Office, which operates the Lake County Jail, has agreed to accept Edwards's self-surrender at their jail, and take him into their custody on a courtesy hold for CDCR. Therefore, on January 16, 2024 at 9:00 a.m., Edwards shall self-surrender to the Lake County Sheriff's Office at the Lake County Jail located at 4913 Helbush Drive, Lakeport, California. On January 16, 2024 at 9:00 a.m., a probation officer from the United States Probation Office shall arrive at the jail and remove Edwards's GPS device after Edwards self-surrenders. On January 16, 2024, CDCR officers will travel to the Lake County Jail; the Lake County Sheriff's Office will transfer custody of Edwards to CDCR officers when they arrive; and CDCR officers will then transport Edwards to a CDCR facility.

**3. Edwards Will Continue on Federal Probation Under the Same Conditions with One Modification Until Remanded into State Jurisdiction**

Edwards shall remain under the supervision of the United States Probation Office under the same probation conditions previously imposed by this Court (Ex. 5) and one modified condition (*see* term 4 below) until he is remanded into state jurisdiction.

3

**4. Location Monitoring Condition**

The following modification shall be made to Edwards's probation conditions: the United States Probation Office shall monitor Edwards's location by using a real-time GPS device. Edwards must follow the rules and regulations of the Location Monitoring Program.

**5. Procedures if Edwards Violates Travel/GPS Conditions or Fails to Self-Surrender**

In the event Edwards violates his travel restriction, disables/removes his GPS device, or fails to self-surrender on January 16, 2024 at 9:00 a.m., the United States Probation Office shall immediately notify CDCR. In the event Edwards violates his travel restriction or does not self-surrender, the United States Probation Office shall have the authority to continue monitoring his GPS device. In the event Edwards violates his travel restriction, disables/removes his GPS device, or does not self-surrender, he will immediately be subject to state jurisdiction and be considered "escape status," and the Secretary of CDCR will issue a warrant for Edwards's arrest. The United States Probation Office shall provide Edwards's GPS location data to CDCR to aid in his apprehension.

**IT IS SO STIPULATED**.

Dated:  December 19, 2023               /s/ Michele J. Swanson
                                        MICHELE J. SWANSON
                                        Supervising Deputy Attorney General
                                   For  ROB BONTA
                                        Attorney General of California
                                        *Attorneys for Respondent*


Dated:  December 19, 2023               /s/ Gene D. Vorobyov
                                        GENE D. VOROBYOV
                                        *Attorney for Petitioner*
                                        JASON CLAUDE EDWARDS

////

////

////

4

**ORDER**

The parties have stipulated to terms 1-5 set forth above in the section entitled "Stipulation." Pursuant to stipulation of the parties, **IT IS SO ORDERED**.

Dated: December 20, 2023

_____
Troy L. Nunley
United States District Judge

5

Jt. Status Rpt., Stip. & Order for Pet'r's Remand into State Cust. & Juris. & Self-Surrender on 1/16/24
(2:20-cv-00530-TLN-DB)